ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

KETURAH PENA

CRIMINAL NO.

**3-14CR-326-N**

INFORMATION

The United States Attorney Charges:

Count One
Theft of Government Funds
(Violation of 18 U.S.C. § 641)

In or about June 2013, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Keturah Pena**, aided and abetted by Carwin Shaw, did, knowingly and with the intent to deprive the owner of the use and benefit of the money, embezzle, steal, and convert to her use money belonging to the Social Security Administration, a department or agency of the United States, namely, a duplicate Supplemental Security Income payment, to which she knew she was not entitled, having a value less than $1,000.00.

In violation of 18 U.S.C. § 641.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF TEXAS

NICOLE DANA
Special Assistant United States Attorney
Texas Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone: (214) 659-8694
Facsimile: (214) 659-8805
Email: nicole.dana@usdoj.gov